Stanley W. Evaskus, Philip F. Atwood, Paul W. Morrow and Frank P. Jarecki, Plaintiffs and Appellants, and Cross-Appellees, and Charles O. Heckel, Plaintiff and Appellant, v. Neff, Kohlbusch & Bissell, Inc., Defendant and Appellee, and Cross-Appellant.

Gen. No. 11,640.

Second District, Second Division.

April 8, 1963.